# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENI SHAMAEV,<br><br>        Petitioner,<br><br>     v.<br><br>WARDEN OF THE GOLDEN STATE<br>ANNEX DETENTION FACILITY, *et al.*,<br><br>        Respondents. | No.  1:25-cv-01283-CDB (HC)<br><br>ORDER APPOINTING *PRO HAC VICE* CJA<br>COUNSEL<br><br>(Doc. 23) |

Petitioner Deni Shamaev ("Petitioner"), a federal detainee, proceeds pro se and *in forma pauperis* with a petition for writ of habeas corpus filed under 28 U.S.C. § 2241.  (Doc. 1).  On September 29, 2025, Petitioner filed the instant petition while in custody of Immigration and Customs Enforcement ("ICE") at Golden State Annex in McFarland, located in Kern County, California, which is where he is currently incarcerated.  *Id.* at 2.

On January 28, 2026, the Court granted Petitioner's motion for appointment of counsel and directed the Federal Defender, as appointing authority for the Eastern District of California, to seek and identify to the Court qualified counsel.  (Doc. 20).

Pending before the Court is the motion of the Federal Defender to appoint Sarah Kate Heilbrun as *pro hac vice* Criminal Justice Act ("CJA") Panel counsel for Petitioner.  (Doc. 23).  For good cause shown, the motion will be granted pursuant to 18 U.S.C. §§ 3005 & 3006A, E.D. Cal. Local Rule 180(b)(2) and E.D. Cal. General Order 671, E.D. Cal. CJA Plan.

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that:

1. Sarah Kate Heilbrun is APPOINTED as *pro hac vice* Criminal Justice Act Panel counsel for Petitioner, *nunc pro tunc* to January 29, 2026; and

2. The Clerk of the Court is directed to update the docket accordingly:

> Sarah Kate Heilbrun
> Heilbrun Law Firm, PC
> 1301 Clay St Unit 70005
> Oakland, CA 94612-5500
> 510-868-0504
> skh@hlfimmigration.com

IT IS SO ORDERED.

Dated:    **February 2, 2026**                    _____

UNITED STATES MAGISTRATE JUDGE